**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Olvera-Morales,

Plaintiff(s),

v.

Olson et al,

Defendant(s).

Case No.  25-cv-15293
Judge Sara L. Ellis

## ORDER

(T:05)

In Court Hearing Held.  Counsel for the Respondents appeared. Petitioner's counsel did not appear.  Because the Petitioner was not physically in the Northern District of Illinois at the time of the filing of the petition for writ of habeas corpus, this Court transfers this action to the Southern District of Indiana, forthwith.

Date:  12/19/2025

_____
U.S. District Judge Sara L. Ellis